UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA WAHLFELD,<br><br>             Petitioner,<br>    v.<br><br>WILLIAM WAHLFELD,<br><br>             Respondent. | CASE NO. 2:24-cv-01899-LK<br><br>ORDER DIRECTING PETITIONER TO SERVE AND FILE PROOF OF SERVICE |

    This matter comes before the Court on Petitioner Alexandra Wahlfeld's Complaint and Petition for Return of Child to Germany and for Issuance of Show Cause Order. Dkt. No. 2. Ms. Wahlfeld has not provided proof that she has served these filings on the Respondent, William Wahlfeld.

    Accordingly, and given the time sensitive nature of this matter, the Court ORDERS that by December 3, 2024, Ms. Wahlfeld must (1) serve Mr. Wahlfeld with the summons and all filings in this case to date in accordance with Federal Rule of Civil Procedure 4, and (2) either hand deliver or mail to the Court proof that she has served Mr. Wahlfeld. If Ms. Wahlfeld chooses to

mail her proof of service to the Court, it must be postmarked no later than December 3, 2024. Ms. Wahlfeld may file a motion for additional time if she is unable to meet this deadline.

Dated this 21st day of November, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER DIRECTING PETITIONER TO SERVE AND FILE PROOF OF SERVICE - 2