UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA WAHLFELD,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM WAHLFELD,<br><br>　　　　　　Respondent. | CASE NO. 2:24-cv-01899-LK<br><br>ORDER DIRECTING CLERK TO ISSUE CORRECTED SUMMONS, AMENDING PRIOR ORDER TO SERVE, AND DENYING MOTION FOR AN EXTENSION AS MOOT |

　　　This matter comes before the Court on Respondent William Wahlfeld's motion for an extension of time to file a response to Petitioner Alexandra Wahlfeld's Complaint and Petition for Return of Child to Germany and for Issuance of Show Cause Order. Dkt. No. 7; *see also* Dkt. No. 2 (Petition). Mr. Wahlfeld seeks an unspecified amount of additional time to respond because he "was incorrectly served" on November 22, 2024 with only the civil cover sheet and summons and cannot access the sealed petition. Dkt. No. 7 at 1.[1]

---

[1] The Court has ordered the case unsealed but the complaint remains sealed because it contains personal identifiers. Dkt. No. 6 at 3.

ORDER DIRECTING CLERK TO ISSUE CORRECTED SUMMONS, AMENDING PRIOR ORDER TO SERVE, AND DENYING MOTION FOR AN EXTENSION AS MOOT - 1

In the course of reviewing Mr. Wahlfeld's motion, the Court has determined that the summons Ms. Wahlfeld provided to the Clerk of the Court for issuance was defective because it did not include her address as required by Federal Rule of Civil Procedure 4(a)(1)(C). In light of Ms. Wahlfeld's pro se status and the time sensitive nature of this matter, the Court will not require her to submit a corrected summons. Instead, the Court DIRECTS the Clerk to issue a corrected summons to Ms. Wahlfeld that includes her address.

Ms. Wahlfeld must serve the corrected summons on Mr. Wahlfeld. Fed. R. Civ. P. 4(c). Accordingly, the Court amends its prior service order, Dkt. No. 5, and ORDERS that by December 10, 2024, Ms. Wahlfeld must (1) serve Mr. Wahlfeld with the corrected summons and all filings in this case to date in accordance with Federal Rule of Civil Procedure 4, and (2) either hand deliver or mail to the Court proof that she has served Mr. Wahlfeld. If Ms. Wahlfeld chooses to mail her proof of service to the Court, it must be postmarked no later than December 10, 2024. Ms. Wahlfeld may file a motion for additional time if she is unable to meet this deadline.

Because there is no evidence in the record that Ms. Wahlfeld has properly served Mr. Wahlfeld and she must serve him with the corrected summons, Mr. Wahlfeld's time to respond to the petition has not yet started to run. Accordingly, the Court DENIES his motion for an extension as moot. Dkt. No. 7.

Dated this 25th day of November, 2024.

Lauren King
United States District Judge