UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRA WAHLFELD,<br><br>                Petitioner,<br>    v.<br><br>WILLIAM WAHLFELD,<br><br>                Respondent. | CASE NO. 2:24-cv-01899-LK<br><br>ORDER DENYING MOTION TO EXPEDITE |

This matter comes before the Court on Petitioner Alexandra Wahlfeld's Motion to Expedite Pursuant to Hague Convention. Dkt. No. 10. Ms. Wahlfeld "requests that the Court enter an Expedited Scheduling Order in the form submitted with this filing." *Id.* at 1. She requests that in the alternative, "if the Father fails to appear for the motions hearing the Mother requests the entry of a Show Cause Order requiring the Father to appear and to show cause why JW should not be returned forthwith to Germany." *Id.* at 1–2.

The Court denies the motion as moot for several reasons. First, Ms. Wahlfeld did not suggest any dates in her motion or proposed expedited scheduling order, Dkt. No. 10-1, so the requested relief is too vague to grant. Second, because Mr. Wahlfeld has appeared, Dkt. No. 14,

ORDER DENYING MOTION TO EXPEDITE - 1

Ms. Wahlfeld's requested alternative relief is unwarranted. Third, the Court is aware that Article 11 of the Hauge Convention requires courts to "act expeditiously in proceedings for the return of children," typically within six weeks, and the Court will continue to take steps to resolve this matter expeditiously. Hague Convention on the Civil Aspects of Int'l Child Abduction in 1980, T.I.A.S. No. 11670, S. Treaty Doc. No. 99–11; *see also Chafin v. Chafin*, 568 U.S. 165, 179 (2013) (stating that "courts can and should take steps to decide these cases as expeditiously as possible").[1] To that end, the Court has scheduled mediation for January 16, 2025. Dkt. No. 38.

Accordingly, the Court DENIES as moot Ms. Wahlfeld's Motion to Expedite Pursuant to Hague Convention. Dkt. No. 10.

Dated this 15th day of January, 2025.

*Lauren King*

Lauren King
United States District Judge

---

[1] Although Ms. Wahlfeld filed this matter on November 18, 2024, Dkt. No. 1, she did not serve Mr. Wahlfeld until December 19, 2024, Dkt. No. 37.

ORDER DENYING MOTION TO EXPEDITE - 2