UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALEXANDRA WAHLFELD, | CASE NO. 2:24-cv-01899-LK |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| WILLIAM WAHLFELD, | |
| Defendant. | |

Pursuant to the parties' Stipulated Motion to Dismiss, Dkt. No. 74, all claims in this action are dismissed with prejudice and without an award of costs or fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 25th day of March, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1